**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY**

**ANDREW COOPERRIDER, et. al.** : Case No. 3:22-CV-00016

Plaintiffs :

v. :

**ANDY BESHEAR, et. al.** :

Defendants :

**DECLARATION OF NICHOLAS SORTOR**

Pursuant to 28 U.S.C. §1746, the undersigned, Nicholas Sortor, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my personal knowledge and belief:

1. My name is Nicholas Sortor. Presently, I am an independent journalist, who disseminates media material primarily via social media. I have also appeared on Fox News and other mainstream news channels from time to time. My X handle is @nicksortor, and I have approximately 1.5 million X followers, though most of my material is reposted and otherwise disseminated, which has resulted in tens of millions of views on certain popular posts and stories.

2. In 2021, however, I lived in Kentucky and was involved in providing or assisting in providing certain online dissemination of events of the day.

3. Specifically, on approximately May 17, 2021, I attended a Circuit Court hearing in the Boone Circuit Courthouse, in Burlington, Kentucky. Andrew Cooperrider was present, and we were involved in livestreaming the proceedings via social media, because the case had to do with Governor Beshear's COVID-19 orders.

4. Mr. Cooperrider was critical of the Governor's orders, during, before, and after the proceedings, and he was making fun of Dr. Stephen Stack, the state's director of Public Health, including via social media, during the proceedings.

5. I know who the attorneys representing the parties were because they identified themselves at the start of the proceedings.

6. During a break in the proceedings, Wesley Duke, an attorney, approached Andrew Cooperrider, who was standing with me in the hallway. Another attorney was with him, who had previously identified himself as Travis Mayo from the Governor's office (it was a male lawyer with dark hair and glasses). Andrew Cooperrider was laughing at the time, and that appeared to offend Wesley Duke. Wesley Duke then said to Andrew Cooperrider "I would have thought you would have learned your lesson about speaking out online," and Mr. Duke then indicated that he had spoken with Ray Perry that he (Duke), and either the Governor or someone in the Governor's office, and they had agreed to make sure that Mr. Cooperrider was going to lose his alcohol license and never get it back because of Mr. Cooperrider's speech. I took Mr. Duke's statement as a threat.

7. Mr. Cooperrider responded that the legislature has passed laws to end the Governor's COVID-19 orders to keep Mr. Cooperrider's business in operation, and in response Mr. Duke said that the Kentucky Supreme Court was on the Governor's side and good luck with that.

8. The Governor's lawyer, Mr. Mayo, who was with Mr. Duke, was nodding at the time while Mr. Duke was talking, though that lawyer did not say anything.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on April 18, 2026.

Nicholas Sortor